Douglas O. Robertson, Suing for Himself and Others, Appellant, *v.* John D. Schoonmaker, Jr., et al., as Executors of John D. Schoonmaker, Deceased, et al., Respondents, Impleaded with Others.

Submitted March 8, 1937; decided March 16, 1937.

*Perry A. Hull* and *John W. DeWitt* for motion.
*Isadore Bookstein* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not a final order.